**Case No. 23-5765**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**Mollie Slaybaugh, et al.
Plaintiffs-Appellants.**

v.

**Rutherford County, Tennessee, et al.
Defendants-Appellees.**

**On Appeal From
U.S. District Court for the Middle District of Tennessee
No. 3:23-cv-00057 (Hon. Aleta A. Trauger)**

**AMICUS CURIAE
INTERNATIONAL MUNICPAL LAWYERS
ASSOCIATION'S MOTION FOR EXTENSION OF TIME
TO FILE BRIEF**

> **DALE CONDER, JR.
> 209 E. Main St.
> (615) 893-5522
> Jackson, TN 38301
> dconder@raineykizer.com**
> *Amicus Curiae International*
> *Municipal Lawyers Association*

The International Municipal Lawyers Association intends to file an Amicus Curiae Brief in this matter. The deadline for filing the brief is January 23, 2024. IMLA requests an extension of one week until January 30, 2024, to file its motion and brief in this matter. In support of this motion, IMLA's counsel states as follows:

1. During the time for preparing the Amicus Curiae's Brief, counsel was sick with the flu.

2. During the time for preparing the brief, counsel's legal assistant was unable to come to work due to heavy snowfall in Jackson, Tennessee.

3. During the time preparing Amicus Curiae's Brief, counsel's schedule with other matters has interfered with completing this brief.

Therefore, IMLA's counsel requests an extension until January 30, 2024, to file the Motion for Permission to File an Amicus Curiae Brief and the Brief.

        **Respectfully submitted,**

        **Rainey, Kizer, Revere & Bell, PLC**

        **By: /s/ Dale Conder Jr.**
            DALE CONDER Jr. (No. 15419)
            209 E. Main St.
            (615) 893-5522
            Jackson, TN 38301
            dconder@raineykizer.com
            *Attorneys for Amicus Curiae International Municipal Lawyers Association*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the following via the Sixth Circuit Court of Appeals electronic filing system (CM/ECF) and/or U.S. Mail, postage prepaid, to:

NICK CHRISTIANSEN
LAWS M. BOULDIN
16 Public Square N.
P.O. Box 884
(615) 893-5522
Murfreesboro, TN 37130
nchristiansen@mborolaw.com
mbouldin@mborolaw.com
*Attorneys for County Defendants*

ROBERT M. BURNS
HANNAH G. MOORE
3310 West End Avenue, Suite 550
Nashville, TN 37203
(615) 921-5211
rburns@howell-fisher.com
hmoore@howell-fisher.com
*Attorneys for Town of Smyrna*

DANIEL A. HOROWITZ
LINDSAY SMITH
MELISSA K. DIX
Horowitz Law, LLC.
4016 Westlawn Dr.
Nashville, TN 37209
daniel@horwitz.law
lindsay@horwitz.law
melissa@horwitz.law

**/s/ Dale Conder Jr.**