**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 30, 2024

Mr. Robert M. Burns
Howell & Fisher
3310 W. End Avenue
Suite 550
Nashville, TN 37203

Mr. Nick C. Christiansen
Hudson, Reed & Christiansen
16 Public Square, N.
Murfreesboro, TN 37130

Mr. Milton Dale Conder Jr.
Rainey Kizer
P.O. Box 1147
Jackson, TN 38301

Mr. Jeffrey H. Redfern
Institute for Justice
901 N. Glebe Road
Suite 900
22203-1854
Arlington, VA 22203

Re: Case No. 23-5765, *Mollie Slaybaugh, et al v. Rutherford County, TN, et al*
Originating Case No. : 3:23-cv-00057

Dear Counsel,

   The amicus motion filed by IMLA to extend the time to file brief is **granted**. The amicus brief filed on January 25, 2024 is accepted as timely.

Sincerely yours,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027

cc: Mr. Erich R. Eiselt
    Mr. Daniel Alexander Horwitz
    Ms. Hannah Moore
    Mr. Jeffrey L. Peach
    Mr. Suranjan Matthew Sen